**Order entered October 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00957-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### GREGG GIBBS AND CHARLES PHILIPS, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01275-2016**

## ORDER

The clerk's record in this appeal has been filed, as has appellant's brief. The brief is deficient in that it does not contain the requisite citations to the clerk's record. *See* TEX. R. APP. P. 38.1.

It appears, based on a motion filed October 15, 2018, that appellant does not have a copy of the clerk's record. In the motion, appellant, a pro se indigent inmate, seeks a stay of the appeal so that he can determine if the clerk's record is "accurate." He explains he requested, prior to the clerk's record being filed, a copy of the trial court's "Docket" for purposes of designating the items to be included in the record. To date, he has not received the "Docket."

We **GRANT** appellant's motion to the extent we **DIRECT** the Clerk of the Court to send a paper copy of the clerk's record to appellant and **ORDER** appellant to file, no later than

November 19, 2018, either a motion to supplement the clerk's record designating any relevant items omitted from the record or an amended brief that includes appropriate citations to the clerk's record and otherwise complies with the requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 34.5(c), 38.1.

/s/     DAVID EVANS
          JUSTICE